# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION (Birmingham)

IN RE:                         **: CASE NO: 12-05016-TOM**
                                **: CHAPTER: 13**
                                **:**

**EDDIE J STEWART**                **:**
   **Debtor**                      **:**
                                  **:**

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES

Selene Finance (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of Rubin Lublin, LLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Cynthia W. Williams, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244
(877) 813-0992
cwilliams@rubinlublin.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the

jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.


Respectfully submitted,

Rubin Lublin, LLC

By:/s/ Cynthia W. Williams
Cynthia W. Williams
AL State Bar No. ASB-7006-161C
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244
(877) 813-0992
cwilliams@rubinlublin.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

       This is to certify that I have this day served the foregoing by depositing same in the U.S. Mail, with adequate postage affixed thereon to the said parties as follows:


Joe S Erdberg, Esq.
Jaffe & Erdberg, PC
205 20th Street North Ste 817
Birmingham, AL 35203

D. Sims Crawford, Trustee
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202

This 11th day of June, 2015

/s/ Cynthia W. Williams
Cynthia W. Williams
AL State Bar No. ASB-7006-161C
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244
(877) 813-0992
cwilliams@rubinlublin.com
Attorney for Creditor