UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | : CASE NO: 12-05016-TOM |
| | : CHAPTER: 13 |
| | : |
| EDDIE J STEWART | : |
|    Debtor | : |
| | : |

## MOTION TO SUBSTITUTE ATTORNEY

Comes now Selene Finance, its successors or assigns, a secured creditor of the above-named Debtor, and respectfully moves this court to substitute Amanda Beckett, Esq. for Cynthia Williams as attorney of record, and requests for notice of all motions and pleadings filed in this action to be serviced as such.

WHEREFORE MOVANT PRAYS:

(a) That the Court enter an Order substituting Amanda Beckett as attorney of record; and

(b) For such other and further relief as this Court deems just and proper.

RUBIN LUBLIN, LLC

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I, Amanda Beckett of Rubin Lublin, LLC certify that on the 27th day of April, 2016, I caused a copy of the within Motion to Substitute Attorney and Proposed Order to be filed in this proceeding by electronic means and to be served as follows:

The following parties were served by electronic notice:

Joe S Erdberg, Esq.
jerdberg@jaffeerdberg.com

D. Sims Crawford
ctmail@ch13bham.com


The following parties were served by standard First-Class U.S. Mail:

Eddie J Stewart
6529 Telia Drive
Pinson, AL 35126


Executed on: 4/27/16
By:/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor