UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| IN RE: | : CASE NO: 12-05016-TOM |
|---|---|
| | : |
| | : CHAPTER: 13 |
| | : |
| **EDDIE J STEWART** | : |
|     **Debtor** | : |
| | : |

## ORDER SUBSTITUTING ATTORNEY

Selene Finance, for itself, its successors and assigns (the "Movant"), filed a Motion to Substitute Attorney. Movant asserts that the motion was properly served. No response having been filed; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: Amanda Beckett, Esq. is substituted as attorney of record for Cynthia Williams, and request for notice of all motions and pleadings filed in this action shall be serviced as such.

Dated: April 28, 2016

/s/ Tamara O. Mitchell
Tamara O. Mitchell
United States Bankruptcy Judge

Prepared and submitted by:

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor