UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

Eddie J. Stewart, )
                Case Number: 12-05016-TOM-13
Debtor. )

**OBJECTION TO SELENE FINANCE, LP'S**
**RESPONSE TO NOTICE OF FINAL CURE**

  COMES NOW Eddie J. Stewart, the Debtor, by and through the undersigned attorney, and hereby objects to the Response to Notice of Final Cure filed by Selene Finance, LP on December 6, 2017. As grounds therefor, the Debtor states the following:

1. Pursuant to the Order Conditionally Denying the Motion for Relief filed in this case [Doc. 57], the Debtor was required to pay all post-petition payments beginning with the December 2015 payment directly to the mortgage company;

2. Debtor has paid all such payments to the mortgage company. However, as a caveat to this, the Debtor believes he made the March 2017 mortgage payment to Selene Finance, but does not have proof of said payment. Debtor has proof of all other payments he made by telephone and by check.

3. The Debtor has mailed his April 2018 payment to Selene on or about April 5, 2018.

  WHEREFORE, PREMISES CONSIDERED, Debtor requests that this Court deem his mortgage current for such further relief as this Court deems necessary and just.

Dated this 6th day of April 2018.      Respectfully submitted,

                /s/ Robert C. Keller
                Robert C. Keller
                Attorney for Debtor
                315 Gadsden Highway, Suite D
                Birmingham, AL 35235
                (205) 833-2589

1

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing upon the Chapter 13 Trustee and said creditor by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed this 6th day of April 2018:

Bradford Caraway, Chapter 13 Trustee
via CM/ECF

Selene Finance, LP
c/o Amanda Beckett, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244

                /s/ Robert C. Keller
                Robert C. Keller

2

Case 12-05016-TOM13　Doc 73　Filed 04/06/18　Entered 04/06/18 10:41:09　Desc Main
Document　Page 2 of 2