# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE:

Eddie J. Stewart,   )
                                            Case Number: 12-05016-TOM-13
        Debtor.      )

## MOTION FOR CONTEMPT AND FOR SANCTIONS

COMES NOW Eddie J. Stewart, the Debtor, by and through the undersigned attorney, and hereby complain against Selene Finance, LP for violating the discharge injunction as follows:

1. The Debtor filed a chapter 13 bankruptcy case on October 23, 2017.

2. Selene Finance is the mortgage servicer of the Debtor's home mortgage and is a creditor who actively participated in the Debtor's chapter 13 case.

3. The Debtor received a discharge on January 9, 2018.

4. Subsequent to the discharge, Selene Finance sent the Debtor a <u>Notice of Default and Intent to Accelerate</u> letter. The letter is attached hereto as Exhibit A. The letter demanded payment of three missed payments for January 2018, February 2018, and March 2018. The letter also stated that his mortgage loan is in default.

5. The total due demanded by Selene Finance was $2,457.62, inclusive of late fees, escrow, and corporate advances. Upon information and belief, none of the fees were disclosed to the Debtor, the Court, or the Trustee during the pendency of his bankruptcy case.

6. Selene Finance demanded payment of this debt no later than April 20, 2018.

7. The Debtor made the January 2018, February 2018, and March 2018 mortgage payments by check and made them timely. Selene Finance had already received the checks and cashed them well before the date of its letter to the Debtor. The checks are itemized as follows:

| Date of Check | Check Number | Amount | Date Paid |
| --- | --- | --- | --- |
| 1/10/2018 | 520 | $703.71 | 1/11/2018 |
| 2/14/2018 | 524 | $703.71 | 2/13/2018 |

1

| | | | |
|---|---|---|---|
| 3/14/2018 | 525 | $703.71 | 3/14/2018 |

      8.      Copies of the canceled checks are attached hereto as Exhibit B.

      9.      Selene Finance has violated the discharge injunction and § 524(i) as set out herein.

      10.     Moreover, Selene Finance has demanded payment of fees and costs which were not previously disclosed.

WHEREFORE, PREMISES CONSIDERED, Debtor moves to hold Selene Finance in contempt and for this Court to award sanctions against Selene Finance, and to award costs and attorneys fees in this matter to the Debtor.

Dated this 6th day of April 2018.              Respectfully submitted,

                                                      /s/ Robert C. Keller
                                                      Robert C. Keller
                                                      Attorney for Debtor
                                                      315 Gadsden Highway, Suite D
                                                      Birmingham, AL 35235
                                                      (205) 833-2589

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Chapter 13 Trustee and said creditor by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed this 6th day of April 2018:

Bradford Caraway, Chapter 13 Trustee
via CM/ECF

Selene Finance, LP
c/o Amanda Beckett, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244

                                                      /s/ Robert C. Keller
                                                      Robert C. Keller

# EXHIBIT A

 

9990 Richmond Ave<br>
Suite 400 South<br>
Houston, TX 77042<br>
Telephone (877) 768-3759<br>
Fax (866) 926-5498<br>
www.selenefinance.com<br><br>
Hours of Operation (CT)<br>
Monday - Thursday: 8 a.m. - 9 p.m.<br>
Friday: 8 a.m. - 5 p.m.

03/16/2018

EDDIE STEWART
205 20TH ST N STE 817
BIRMINGHAM, AL 35203-4700

Re:   Account Number:   ▇3157
      Mortgagor(s):   EDDIE STEWART

      Property:   6529 TELIA DR
                     PINSON, AL 35126

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear Mortgagor(s):

Selene Finance LP ("Selene"), the loan servicer of your mortgage loan, and in accordance with the Security Instrument and applicable state laws, provides you with formal notice of the following:

The mortgage loan associated with the Security Instrument is in default for failure to pay the amounts that came due on 01/01/2018 and all subsequent payments.

To cure this default, you must pay all amounts due under the terms of your Note and Security Instrument. As of 03/16/2018, your loan is due for 01/01/2018 and the total amount necessary to cure your default is $2,457.62, which consists of the following:



Page 1 of 3
DM056
NMLS# 6312
2330797813

Case 12-05016-TOM13    Doc 74    Filed 04/06/18    Entered 04/06/18 10:41:58    Desc Main
Document    Page 4 of 12

| | |
|---|---:|
| Next Payment Due Date: | 01/01/2018 |
| Total Principal and Interest Due: | $1,699.02 |
| Total Monthly Tax and Insurance Payments Due: | $303.60 |
| Late Charges: | $0.00 |
| Uncollected NSF Fees: | $30.00 |
| Other Fees: | $0.00 |
| Corporate Advance Balance: | $425.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$2,457.62** |

As of 03/16/2018, the current outstanding principal balance is $85,932.99 and the total amount you owe is $87,760.24.

The total amount you must pay to cure the default stated above must be received by 04/20/2018.

Failure to cure the default on or before the date specified may result in acceleration of the sums secured by the Security Instrument and sale of the property.

If you have not cured the default within thirty-five (35) days of this notice, Selene, at its option, may require immediate payment in full of all sums secured by your Security Instrument without further demand or notice, and invoke the statutory power of sale or any other remedies permitted by applicable law, and/or as provided within your Security Instrument. Selene shall be entitled to collect all expenses incurred in connection with pursuing any of the remedies provided within the Security Instrument, including but not limited to, reasonable attorney fees and costs of title evidence.

Please include your loan number and property address with your payment and send to:

> Selene Finance LP
> P.O. Box 71243
> Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

> Bank: Signature Bank
> ABA: 026013576
> Account No.: 1500960201

The default will not be considered cured unless Selene receives "good funds" in the full amount due as listed herein. This means that if you send any amount other than the full amount due or any form of payment is returned to us for insufficient funds, the default will not have been cured. No extension of time to cure will be granted due to a returned payment. Acceptance of an amount less than the full amount due by Selene does not waive any rights herein, acceleration of the debt or otherwise. If you send an amount less than the full amount due, Selene can apply the amount received to your account and proceed with the applicable foreclosure proceedings, without further notice to you.

You have the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale.

This notice remains in effect until the default is cured. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are

Page 2 of 3
DM056

NMLS# 6312
2330797813

Case 12-05016-TOM13    Doc 74    Filed 04/06/18    Entered 04/06/18 10:41:58    Desc Main
Document    Page 5 of 12

represented by an attorney, please provide us with the attorney's name, address and telephone number.

IF YOU ARE UNABLE TO CURE THE DEFAULT, Selene offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other loss mitigation options. If you would like to learn more about these programs, you may contact the Loan Resolution Department at (877) 768-3759. WE ARE VERY INTERESTED IN ASSISTING YOU.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673).

Selene has specialized representatives assigned to assist you in this very important matter. Please give it your immediate attention.

Your file has been assigned to Jason Middle, one of Selene's Loss Mitigation Consultants. Please do not hesitate to contact Jason Middle with any questions so that the review process can move quickly.

Sincerely,

Jason Middle
Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Page 3 of 3
DM056

NMLS# 6312
2330797813

Case 12-05016-TOM13    Doc 74    Filed 04/06/18    Entered 04/06/18 10:41:58    Desc Main
Document    Page 6 of 12



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

03/16/2018

EDDIE STEWART
205 20TH ST N STE 817
BIRMINGHAM, AL 35203-4700

Re:     Loan #:     ▇3157
       Property:    6529 TELIA DR
                              PINSON, AL 35126

Dear Mortgagor(s):

Selene Finance LP ("Selene") recognizes that homeownership can be challenging and therefore, we are committed to helping you avoid foreclosure whenever possible.

To assist homeowners experiencing financial setbacks, Selene offers a number of options, including:

- Repayment Plans
- Loan Modifications
- Deed in Lieu of Foreclosure
- Short Sales
- Settlements

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. It is important that you contact our office as soon as possible so that we may assist you to bring your account current.

You may contact me by phone toll-free at (877) 768-3759 during business hours to discuss available options for avoiding foreclosure.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673).

Your file has been assigned to Jason Middle, one of Selene's Loss Mitigation Consultants. Please do not hesitate to contact Jason Middle with any questions so that the review process can move quickly.

Sincerely,

Jason Middle
Loan Resolution Department



Page 1 of 2
DM003

NMLS# 6312
2330797799

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

# EXHIBIT B

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|------------|-----------|--------|---------|--------|----------------|
| 6200008 | 8887910399 | 01112018 | $703.71 | ████9388 | 520 | 00007623 |

**EDDIE J STEWART**
6529 TELIA DR
PINSON, AL 35126-3154

520
61-8/620 7226

JAN 0 5 2018    1/10/18 DATE

PAY TO THE ORDER OF  Selene Finance    $ 703.71

Seven hundred three dollars

WELLS FARGO — Wells Fargo Bank, N.A.
Alabama
wellsfargo.com

FOR 0500183157         Eddie Stewart

⑆062000080⑆ ████9388⑈ 00520

Endorsement: For Deposit Only SELENE FINANCE L.P PAYMEN... SIGNATURE BANK, NEW YORK, NY 10017 02601357G FOR DEPOSIT ONLY SELENE FINANCE LP CLEARING ACCOUNT 5009602020

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 6200008 | 8589992807 | 02132018 | $703.71 | ▮9388 | 524 | 00007623 |





| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 6200008 | 8484008228 | 03142018 | $703.71 | ▮9388 | 525 | 00007623 |

