UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

Eddie J. Stewart,                    )
                                     )   Case Number: 12-05016-TOM-13
        Debtor.                      )

## APPLICATION FOR ENTRY OF DEFAULT BY CLERK

COMES NOW Eddie J. Stewart, the Debtor/Plaintiff, by and through his attorney of record, and hereby requests the Clerk to enter a default judgment against the Creditor/Defendant Selene Finance, LP on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 7055(a) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

/s/ Robert C. Keller
Robert C. Keller
Attorney for the Debtor/Plaintiff
315 Gadsden Highway, Suite D
Birmingham, AL 35235
(205) 833-2589

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Creditor and Trustee by placing a copy of the same in the United States Mail, first class postage paid and properly addressed as follows this 29th day of May 2018:

Bradford Caraway, Chapter 13 Trustee
via CM/ECF

Selene Finance, LP
c/o Amanda Beckett, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115

Birmingham, AL 35244

Selene Finance, LP
c/o CT Corporation
2 North Jackson Street, Suite 605
Montgomery, AL 36104

/s/ Robert C. Keller
Robert C. Keller

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

Eddie J. Stewart,            )
                             )   Case Number: 12-05016-TOM-13
    Debtor.                  )

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR ENTRY OF DEFAULT

I, Robert C. Keller, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Debtor/Plaintiff, Eddie J. Stewart, in this action.

2. A Motion for Contempt and For Sanctions was filed on April 6, 2018.

3. Service of process was had on Defendant on April 6, 2018.

4. Service of process was had upon Defendant by sending a copy of the Motion by regular first class mail to its attorney who appeared in the bankruptcy case pursuant to Fed. R. Bankr. P. 7004(a)(8).

5. As Defendant is an entity, it is not an incompetent person or infant, nor is it serving in the military service.

6. More than thirty days (30) have elapsed since Defendant was served, and it has failed to plead or otherwise defend as provided by the Federal Rules of Bankruptcy Procedure.

*Robert C. Keller* (signature)
Robert C. Keller
Attorney for the Plaintiff

1

SWORN TO and SUBSCRIBED before me this 29th day of May, 2018.

_Susan D. Hitt_
NOTARY PUBLIC
M.C.E.: 01/02/21

2