## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**IN RE:**

Eddie J. Stewart,                      )

                                  **Case Number: 12-05016-TOM-13**

Debtor.                      )

## NOTICE OF WITHDRAWAL OF
## APPLICATION FOR ENTRY OF DEFAULT BY CLERK

COMES NOW Eddie J. Stewart, the Debtor/Plaintiff, by and through his attorney of record, and hereby withdraws the Application for Entry of Default by Clerk.  As grounds therefor, the Debtor states the following:

1.      On March 29, 2018, the Debtor filed an Application for Entry of Default by Clerk;

2.      Thereafter, Rubin Lublin filed its Notice of Appearance on behalf of Selene Finance, LP.;

3.      On March 30, 2018, Selene filed an Objection to the Application for Entry of Default by Clerk;

4.      The undersigned has spoken with the attorneys for Selene, and they consent to allow the Debtor to withdraw the Application.

WHEREFORE, PREMISES CONSIDERED, the Debtor withdraws his Application for Entry of Default by Clerk.

                          Respectfully submitted,

                          /s/ Robert C. Keller
                          Robert C. Keller
                          Attorney for the Debtor/Plaintiff
                          315 Gadsden Highway, Suite D
                          Birmingham, AL 35235
                          (205) 833-2589

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that I have filed the foregoing using the CM/ECF system which will send a copy of the same to the Chapter 13 Trustee and Counsel for Selene Finance, LP this 31st day of May 2018:

Bradford Caraway, Chapter 13 Trustee

Amanda Beckett, Esq.
Counsel for Selene Finance
Rubin Lublin, LLC
abeckett@rubinlublin.com

           /s/ Robert C. Keller     
           Robert C. Keller